**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**WINSTON P. FOSTER, JR.,**
**MARY NED FOSTER, AND**
**MARY FRANCES GASTON**                                                    **PLAINTIFFS**

**v.**                          **CASE NO. 2:09CV00147 BSM**

**DAVID H. ARRINGTON OIL AND GAS, INC.**                              **DEFENDANT**

## JUDGMENT

Pursuant to the order entered September 8, 2010, judgment is granted to plaintiffs against defendant. Plaintiffs are awarded damages in the following amounts: $652,755 payable to Winston P. Foster, Jr. and Mary Ned Foster, plus postjudgment interest of .26% per annum until paid; and $114,498 payable to Mary Frances Gaston, plus postjudgment interest of .26% per annum until paid.

IT IS SO ORDERED this 13th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE